■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM FIGUEROA, Appellant. [708 NYS2d 303] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 27, 1995 (*People v Figueroa,* 213 AD2d 669), affirming a judgment of the Supreme Court, Kings County, rendered March 13, 1991, an amended judgment of the same court, also rendered March 13, 1991, and an order of the same court, dated January 27, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Ritter, Altman and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEYWAN FOWLER, Appellant. [714 NYS2d 682] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered March 4, 1997, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Santucci, J. P., Altman, Friedmann and McGinity, JJ., concur.